**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON SECREASE,

             Petitioner,

   v.

 JAMES WALKER, WARDEN, California
State Prison-Sacramento,

             Respondent.

                                /

No. C 04-00765 CRB

**ORDER TRANSFERRING PETITION**

     Petitioner's motion to transfer his habeas proceeding to the United States District

Court for the Eastern District of California, where venue is proper, is GRANTED.

     **IT IS SO ORDERED.**

Dated: Jan. 23, 2009

                              CHARLES  R. BREYER
                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0765\orderretransfer.wpd